IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 4-16-02422 |
| SHELLY REGEL and ROBERT L. : | |
| REGEL, : | |
| Debtors : | |
| : | Chapter 13 |
| CHARLES J. DeHART, III, ESQUIRE, : | |
| TRUSTEE, : | |
| Movant : | |
| VS. : | |
| : | Dismissal Motion |
| SHELLY REGEL and ROBERT L. : | |
| REGEL, : | |
| Respondents : | |

ANSWER TO TRUSTEE'S MOTION TO DISMISS CASE

AND NOW COME, Shelly Regel and Robert L. Regel, Debtors herein, by their attorneys, the law firm of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., and respectfully respond as follows:

1. Admitted.

2. Denied as stated. Since the filing of the Trustee's Motion To Dismiss Case, the Debtors filed their Chapter 13 Plan on July 12, 2016.

3. Denied as stated. This Answer is being filed in case the Trustee's Motion To Dismiss Case is not deemed to be withdrawn and moot.

WHEREFORE, Shelly Regel and Robert L. Regel, Debtors herein, respectfully request that this Court deny the relief requested in the Trustee's Motion and for such other and further relief as is equitable and just.

Respectfully submitted,

STOVER, McGLAUGHLIN, GERACE,
WEYANDT & McCORMICK, P.C.

By: _/s/ Donald M. Hahn_____
    Donald M. Hahn (PA Bar ID 66398)
    122 East High Street
    P.O. Box 209
    Bellefonte, PA 16823
    (814) 355-8235
    Attorney for the Debtors

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing documents upon the person(s) and in the manner indicated below:

<u>Service by ECF Filing Notice as Follows:</u>

Charles DeHart, III, Esquire
Chapter 13 Trustee

DATED this _*14*<sup>th</sup>_ ____ day of _*July*_____, A.D., 20_*16*_.

_/s/ *Donald M. Hahn*_____