```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 16-02422-JJT
Shelly Regel                                                    Chapter 13
Robert L. Regel, Jr.
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-4         User: LyndseyPr          Page 1 of 1         Date Rcvd: Aug 02, 2016
                             Form ID: ntcnfhrg        Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2016.
db/jdb         +Shelly Regel,   Robert L. Regel, Jr.,    224 Walker Crossing,   Bellefonte, PA 16823-7642
4804445        +Bellefonte Area School District,    318 N. Allegheny St.,   Bellefonte, PA 16823-1679
4804447        +Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
4807750         Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
4804448        +Mariner Finance,   2742 Plank Rd.,   Altoona, PA 16601-9331
4804450        +Penn State Federal Credit Union,    123 Amberleigh Ln.,   Bellefonte, PA 16823-8488
4804451        +Quicken Loans,   c/o Joshua Goldman, Esq.,   701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
4804453        +Valero,   7201 Canyon Dr.,   Amarillo, TX 79110-4339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 02 2016 21:24:37
                 Recovery Management Systems Corporation,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
4804446        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 02 2016 21:34:35     Capital One,
                 c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
4802300        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 02 2016 21:34:35
                 Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
4804449        +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2016 21:24:36     Pay Pal Mastercard,
                 c/o Recovery Management Systems,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
4810899        +E-mail/Text: bankruptcyteam@quickenloans.com Aug 02 2016 21:32:20     Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
4802068         E-mail/PDF: rmscedi@recoverycorp.com Aug 02 2016 21:25:03
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4804452        Synchrony Bank
cr*           +Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
                                                                                    TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2016 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
            Donald M Hahn    on behalf of Joint Debtor Robert L. Regel, Jr. dhahn@nittanylaw.com,
             info@nittanylaw.com
            Donald M Hahn    on behalf of Debtor Shelly Regel dhahn@nittanylaw.com, info@nittanylaw.com
            Joshua I Goldman    on behalf of Creditor  Quicken Loans Inc. bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Shelly Regel
Robert L. Regel Jr.

Debtor(s)

Chapter 13

Case No. 4:16−bk−02422−JJT

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **August 31, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: October 7, 2016 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes−Barre, PA 18701 OR PO Box 908, Harrisburg, PA 17108 570−831−2500/717−901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: LyndseyPrice |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 2, 2016 |