| | | |
|---|---|---|
| IN RE: SHELLY REGEL and | : | CHAPTER 13 |
| ROBERT L. REGEL, JR. | : | |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| | : | |
| vs. | : | |
| | : | |
| SHELLY REGEL and | : | |
| ROBERT L. REGEL, JR. | : | |
| Respondent(s) | : | CASE NO. 4-16-bk-02422 |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this   28th   day of July, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically, debtor's have excess non-exempt equity in the following:

   a.   Residential real estate.

2.   The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

   a.   Failure to use the Model Plan as adopted by the Court.
   b.   Clarification of debtor(s) counsel fees which are in conflict with 2016(b) Statement.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a.   Deny confirmation of debtor(s) plan.
   b.   Dismiss or convert debtor(s) case.
   c.   Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this   10th   day of August, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Donald M. Hahn, Esquire
122 East High Street
P.O. Box 209
Bellefonte, PA   16823

                                        /s/Deborah A. Behney
                                        Office of Charles J. DeHart, III
                                        Standing Chapter 13 Trustee