**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Shelly Regel and Robert L. Regel, Jr.<br>    Debtor(s) | BKY. NO. 16-02422 JJT<br><br>CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of Quicken Loans Inc., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8351

            Respectfully submitted,

            **/s/ Thomas Puleo**
            Thomas Puleo, Esquire
            James C. Warmbrodt, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 825-6306 FAX (215) 825-6406
            Attorney for Movant/Applicant