In re:  Case No. 16-02422-JJT
Shelly Regel  Chapter 13
Robert L. Regel, Jr.
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4    User: MMchugh    Page 1 of 1    Date Rcvd: Mar 22, 2017
              Form ID: ntcltrdb    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.
db/jdb    +Shelly Regel,   Robert L. Regel, Jr.,   224 Walker Crossing,   Bellefonte, PA 16823-7642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4810899    +E-mail/Text: bankruptcyteam@quickenloans.com Mar 22 2017 19:14:05    Quicken Loans Inc.,
             635 Woodward Avenue,   Detroit, MI 48226-3408
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Joint Debtor Robert L. Regel, Jr. dhahn@nittanylaw.com,
               info@nittanylaw.com
              Donald M Hahn    on behalf of Debtor Shelly  Regel dhahn@nittanylaw.com, info@nittanylaw.com
              James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Shelly Regel<br>Robert L. Regel Jr.<br><br>Debtor(s) | Chapter<br><br>Case No. | 13<br><br>4:16−bk−02422−JJT |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#17) has been filed by the Debtor on behalf of Quicken Loans, Inc. in the amount of $160,327.83.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>PO Box 908, Harrisburg, PA 17108<br>570−831−2500/717−901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: MMchugh |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 22, 2017 |