| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-4<br>Case 4:16-bk-02422-JJT<br>Middle District of Pennsylvania<br>Williamsport<br>Thu Apr 13 17:51:39 EDT 2017 | Bellefonte Area School District<br>318 N. Allegheny St.<br>Bellefonte, PA 16823-1679 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One Auto Finance<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| DSRM NATL BK/Diamond Sham<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Joshua I Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Donald M Hahn<br>Stover McGlaughlin Gerace et al<br>122 East High Street<br>PO Box 209<br>Bellefonte, PA 16823-0209 | Intercoastal Financial LLC<br>7954 Transit Rd #144<br>Williamsville, NY 14221-4117 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Mariner Finance<br>2742 Plank Rd.<br>Altoona, PA 16601-9331 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Pay Pal Mastercard<br>c/o Recovery Management Systems<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131-1605 |
| Penn State Federal Credit Union<br>123 Amberleigh Ln.<br>Bellefonte, PA 16823-8488 | Penn State Federal Credit Union<br>1937 N. Atherton Street<br>State College, PA 16803-1523 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Thomas I Puleo<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Quicken Loans<br>c/o Joshua Goldman, Esq.<br>701 Market St., Ste. 5000<br>Philadelphia, PA 19106-1541 | Quicken Loans Inc.<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 |
| Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Robert L. Regel Jr.<br>224 Walker Crossing<br>Bellefonte, PA 16823-7642 |
| Shelly Regel<br>224 Walker Crossing<br>Bellefonte, PA 16823-7642 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| Valero<br>7201 Canyon Dr.<br>Amarillo, TX 79110-4339 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Sprint Corp
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Auto Finance
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

(u)Quicken Loans Inc.

(u)Synchrony Bank

End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31