United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Shelly Regel  
Robert L. Regel, Jr.  
    Debtors

Case No. 16-02422-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-4     User: LyndseyPr     Page 1 of 1     Date Rcvd: May 26, 2017  
                         Form ID: orcnfpln     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.  
db/jdb       +Shelly Regel,    Robert L. Regel, Jr.,    224 Walker Crossing,    Bellefonte, PA 16823-7642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)     dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com  
         Donald M Hahn     on behalf of Joint Debtor Robert L. Regel, Jr. dhahn@nittanylaw.com,  
          info@nittanylaw.com  
         Donald M Hahn     on behalf of Debtor Shelly   Regel dhahn@nittanylaw.com,   info@nittanylaw.com  
         James   Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         Joshua I Goldman     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Thomas I Puleo     on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee     ustpregion03.ha.ecf@usdoj.gov  
                                                                                                        TOTAL: 7

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Shelly Regel<br>Robert L. Regel Jr. | Chapter 13 |
| | Case No. 4:16−bk−02422−JJT |
| Debtor(s) | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 17, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: May 26, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk