IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : No. 4-16-02422 |
| SHELLY REGEL and ROBERT L. REGEL, JR., | : |
| | : Chapter 13 |
| Debtors | : |

## ORDER

AND NOW, upon consideration of the Second and Interim Application of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., Attorneys for Debtor, for Compensation, notice having been mailed to all creditors and parties in interest of the within estate, and no objections having been timely filed thereto, it is accordingly,

ORDERED that the Trustee make an allowance to them in the sum of $3,570.00 for professional services rendered and $0.00 for reimbursement for actual and necessary expenses incurred by it for a total allowance of $3,570.00 from November 15, 2016, to May 15, 2017, as an administrative expense in this case.