```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02422-JJT
Shelly Regel                                                        Chapter 13
Robert L. Regel, Jr.
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-4           User: LyndseyPr            Page 1 of 1          Date Rcvd: Jul 27, 2017
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db/jdb         +Shelly Regel,   Robert L. Regel, Jr.,   224 Walker Crossing,   Bellefonte, PA 16823-7642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Donald M Hahn    on behalf of Joint Debtor Robert L. Regel, Jr. dhahn@nittanylaw.com,
               info@nittanylaw.com
              Donald M Hahn    on behalf of Debtor Shelly  Regel dhahn@nittanylaw.com, info@nittanylaw.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor     Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

SHELLY REGEL
ROBERT L. REGEL JR.

    Debtor(s)

QUICKEN LOANS INC.

    Movant(s)

vs.

SHELLY REGEL
ROBERT L. REGEL JR. AND
CHARLES J. DEHART, III ESQ.

    Respondent(s)

Chapter: 13

Case Number: 4:16-bk-02422-JJT

Document No.: 68

Nature of Proceeding: **Motion for Relief from Automatic Stay**

## ORDER

It appearing that no stipulation or request to relist having been filed pursuant to Order dated 06/23/2017, it is hereby

ORDERED that the motion is denied.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

Date: July 27, 2017