```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                         Case No. 16-02422-JJT
Shelly Regel                                                   Chapter 13
Robert L. Regel, Jr.
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-4          User: LyndseyPr           Page 1 of 1           Date Rcvd: Jul 31, 2017
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.
db/jdb         +Shelly Regel,   Robert L. Regel, Jr.,   224 Walker Crossing,   Bellefonte, PA 16823-7642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Donald M Hahn    on behalf of Joint Debtor Robert L. Regel, Jr. dhahn@nittanylaw.com,
               info@nittanylaw.com
              Donald M Hahn    on behalf of Debtor Shelly  Regel dhahn@nittanylaw.com, info@nittanylaw.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shelly Regel<br>Robert L. Regel, Jr.<br><u>Debtors</u> | CHAPTER 13 |
| Quicken Loans Inc.<br><u>Movant</u><br>vs. | NO. 16-02422 JJT |
| Shelly Regel<br>Robert L. Regel, Jr.<br><u>Debtors</u> | 11 U.S.C. Section 362 |
| Charles J. DeHart, III<br><u>Trustee</u> | |

**ORDER**

Upon consideration of the stipulation ( docket 72) , it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: July 31, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)