```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02422-JJT
Shelly Regel                                                        Chapter 13
Robert L. Regel, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: LyndseyPr          Page 1 of 1          Date Rcvd: Aug 14, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2017.
db/jdb          +Shelly Regel,    Robert L. Regel, Jr.,    224 Walker Crossing,    Bellefonte, PA 16823-7642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Donald M Hahn     on behalf of Joint Debtor Robert L. Regel, Jr. dhahn@nittanylaw.com,
               info@nittanylaw.com
              Donald M Hahn     on behalf of Debtor Shelly  Regel dhahn@nittanylaw.com, info@nittanylaw.com
              James  Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I Goldman     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: No. 4-16-02422
SHELLY REGEL and ROBERT L. REGEL, JR., :
: Chapter 13
Debtors :

**ORDER**

AND NOW, upon consideration of the Second and Interim Application of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., Attorneys for Debtor, for Compensation, notice having been mailed to all creditors and parties in interest of the within estate, and no objections having been timely filed thereto, it is accordingly,

ORDERED that counsel is allowed the sum of $3,570.00 for professional services rendered and $0.00 for reimbursement for actual and necessary expenses incurred by it for a total allowance of $3,570.00 from November 15, 2016, to May 15, 2017, as an administrative expense .

Dated: August 14, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)