```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                   Case No. 16-02422-JJT
Shelly Regel                                                             Chapter 13
Robert L. Regel, Jr.
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0314-4          User: LyndseyPr              Page 1 of 2              Date Rcvd: Sep 04, 2018
                              Form ID: ordsmiss            Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
```
db/jdb         +Shelly Regel,    Robert L. Regel, Jr.,    224 Walker Crossing,    Bellefonte, PA 16823-7642
4804445        +Bellefonte Area School District,    318 N. Allegheny St.,    Bellefonte, PA 16823-1679
4826839        +DSRM NATL BK/Diamond Sham,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
4876044        +Intercoastal Financial LLC,    7954 Transit Rd #144,    Williamsville, NY 14221-4117
4804448        +Mariner Finance,    2742 Plank Rd.,    Altoona, PA 16601-9331
4819300        +Penn State Federal Credit Union,    1937 N. Atherton Street,    State College, PA 16803-1523
4804450        +Penn State Federal Credit Union,    123 Amberleigh Ln.,    Bellefonte, PA 16823-8488
4804451        +Quicken Loans,    c/o Joshua Goldman, Esq.,    701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
4804453        +Valero,    7201 Canyon Dr.,    Amarillo, TX 79110-4339
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: AISACG.COM Sep 04 2018 23:05:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
cr              EDI: AISACG.COM Sep 04 2018 23:05:00      Capital One Auto Finance c/o AIS Portfolio Service,
                 P.O. BOX 4360,    Houston, TX  77210-4360
cr              EDI: RECOVERYCORP.COM Sep 04 2018 23:04:00      Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
4804447        +EDI: CAPITALONE.COM Sep 04 2018 23:05:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
4802300        +EDI: AISACG.COM Sep 04 2018 23:05:00      Capital One Auto Finance,
                 c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
4807750         EDI: CAPITALONE.COM Sep 04 2018 23:05:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
4829276         EDI: MERRICKBANK.COM Sep 04 2018 23:04:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
4825605        +EDI: MID8.COM Sep 04 2018 23:04:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
4842015         EDI: PRA.COM Sep 04 2018 23:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4804449        +EDI: RMSC.COM Sep 04 2018 23:05:00      Pay Pal Mastercard,    c/o Recovery Management Systems,
                 25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
4810899         E-mail/Text: bankruptcyteam@quickenloans.com Sep 04 2018 18:56:48      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
4802068         EDI: RECOVERYCORP.COM Sep 04 2018 23:04:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4818278         EDI: NEXTEL.COM Sep 04 2018 23:04:00      Sprint Corp,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
                                                                                                TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4804452         Synchrony Bank
4804446*       +Capital One Auto Finance,   c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-4           User: LyndseyPr            Page 2 of 2              Date Rcvd: Sep 04, 2018
                               Form ID: ordsmiss          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Donald M Hahn    on behalf of Debtor 1 Shelly  Regel dhahn@nittanylaw.com
          Donald M Hahn    on behalf of Debtor 2 Robert L. Regel, Jr. dhahn@nittanylaw.com
          James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas  I Puleo    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Shelly Regel,<br>**Debtor 1**<br><br>Robert L. Regel Jr.,<br>**Debtor 2** | Chapter 13<br><br>Case No. 4:16–bk–02422–JJT |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: September 4, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)